**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Heriberto ESPARZA–MURILLO,
also known as Eriberto Esparza
Murillo, Defendant–Appellant.**

No. 05–11234
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Nancy E. Larson, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Northern Dis-
trict of Texas, Fort Worth, TX, for Plain-
tiff–Appellee.

Federal Public Defender's Office, North-
ern District of Texas, Fort Worth, TX, for
Defendant–Appellant.

Before KING, GARWOOD, and JOLLY,
Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Heriberto Esparza–Murillo raises
arguments that are foreclosed by *Almen-
darez–Torres v. United States,* 523 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under